**DLA PIPER LLP (US)**
DAVID PRIEBE (State Bar No. 148679)
david.priebe@dlapiper.com
2000 University Avenue
East Palo Alto, CA 94303-2214
Phone: (650) 833-2000 | Fax: (650) 833-2001

DAVID CLARKE, JR. (*pro hac vice* application forthcoming)
david.clarke@dlapiper.com
500 Eighth Street, NW
Washington, DC 20004
Phone: (202) 799-4000 | Fax: (202) 799-5000

GLEN ALLEN (*pro hac vice* application forthcoming)
glen.allen@dlapiper.com
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600
Phone: (410) 580-3000 | Fax: (410) 580-3001

Attorneys for Defendants STRATEGIC REALTY TRUST, INC. (f/k/a TNP STRATEGIC RETAIL TRUST, INC.), PHILLIP I. LEVIN, ARTHUR M. FRIEDMAN, JEFFREY S. ROGERS, ROBERT N. RUTH, and PETER K. KOMPANIEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEWIS BOOTH, as Trustee for the Booth Trust dated 11-20-96, and STEPHEN DREWS, on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>STRATEGIC REALTY TRUST, INC. (f/k/a TNP STRATEGIC RETAIL TRUST, INC.), THOMPSON NATIONAL PROPERTIES, LLC, TNP STRATEGIC ADVISOR, LLC, TNP SECURITIES, LLC, ANTHONY W. THOMPSON, CHRISTOPHER S. CAMERON, JAMES R. WOLFORD, JACK R. MAURER, PHILLIP I. LEVIN, ARTHUR M. FRIEDMAN, JEFFREY S. ROGERS, ROBERT N. RUTH, and PETER K. KOMPANIEZ,<br><br>*Defendants*. | Case No. CV 13 4921 JST<br><br>Class Action<br><br>**[PROPOSED] ORDER GRANTING STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

1    Upon review of the parties' Stipulation Extending Time to Respond to Complaint,
2    signed by the parties hereto, the Court hereby approves said Stipulation and orders as follows:
3        1.    Defendants are not required to respond to the Complaint in this action or any
4    complaint in an action consolidated into this action, until after the appointment of a Lead
5    Plaintiff and Lead Plaintiff's counsel.
6        2.    If the appointed Lead Plaintiff elects to file an Amended Complaint,
7    such Amended Complaint shall be filed no later than 45 days following entry of the order by the
8    Court appointing Lead Plaintiff.
9        3.    The Stipulating Defendants shall respond to the Amended Complaint, or the
10   current Complaint if Lead Plaintiff elects not to file an Amended Complaint, no later than 90
11   days following entry of the order by the Court appointing Lead Plaintiff.
12       4.    By entering into this stipulation, the Defendants do not intend to waive and do not
13   waive any rights or defenses otherwise available or that may become available in the course of
14   the above-captioned action and any related or consolidated actions.
15
16   Opposition and reply briefs shall be filed on the timelines provided in the Local Rules, absent an
17   order of this Court upon a showing of good cause.
18
19       **IT IS SO ORDERED.**
20       DATED:  December 18, 2013.

*IT IS SO ORDERED AS MODIFIED*
*Judge Jon S. Tigar*

HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

DLA Piper LLP (US)
East Palo Alto

EAST\65218537.1    [~~PROPOSED~~] ORDER GRANTING STIP EXTENSION OF TIME TO RESPOND TO COMPLAINT
NO. CV 13 492 JST