UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BOOTH, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>STRATEGIC REALTY TRUST, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04921-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SCHEDULING ORDER** |

Pursuant to the stipulations contained in the parties' Joint Case Management Statement, ECF No. 27, the Plaintiffs are ordered to file an amended complaint by **March 13, 2014**. The Defendants are ordered to answer or file a motion to dismiss the amended complaint by **April 28, 2014.**

On the Court's own motion, the Case Management Conference currently scheduled for February 5, 2014 is CONTINUED to **August 6, 2014 at 2:00 p.m.** It is likely that the August date will be advanced, continued, or vacated once the Court has issued its ruling on the Defendants' anticipated motion to dismiss.

**IT IS SO ORDERED.**

Dated:  January 29, 2014

                                                                JON S. TIGAR<br>
                                                United States District Judge