UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BOOTH, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>STRATEGIC REALTY TRUST, INC., et al.,<br><br>    Defendants. | Case No. 13-cv-04921-JST<br><br>**NOTICE ADVISING PARTIES OF COURT'S TENTATIVE ORDER**<br><br>Re: ECF No. 39 |

The Court has prepared a tentative order in response to Defendants' motion to dismiss, noticed for hearing on July 24, 2014. The tentative order is attached at Exhibit A. The tentative order has been issued solely to prepare counsel for oral argument. *The tentative order does not constitute an opinion of the Court and should not be published or cited for any purpose.*

Dated: July 22, 2014

                                                  JON S. TIGAR<br>                                      United States District Judge