Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846
Email: dcg@girardgibbs.com
Email: chc@girardgibbs.com
Email: aep@girardgibbs.com

(Additional Counsel on Signature Page)

Attorneys for Plaintiffs Lewis Booth
and Stephen Drews

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BOOTH, as Trustee for the Booth Trust dated 11-20-96, and STEPHEN DREWS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRATEGIC REALTY TRUST, INC. (f/k/a TNP STRATEGIC RETAIL TRUST, INC.), THOMPSON NATIONAL PROPERTIES, LLC, TNP STRATEGIC ADVISOR, LLC, TNP SECURITIES, LLC, ANTHONY W. THOMPSON, CHRISTOPHER S. CAMERON, JAMES R. WOLFORD, JACK R. MAURER, PHILLIP I. LEVIN, ARTHUR M. FRIEDMAN, JEFFREY S. ROGERS, ROBERT N. RUTH, and PETER K. KOMPANIEZ<br><br>Defendants. | CASE NO: 13-CV-04921-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL OF CERTAIN CLAIMS AS AGAINST DEFENDANTS WOLFORD AND MAURER AND DISMISSAL OF ACTION AS AGAINST DEFENDANT CAMERON** |

The parties to the above-captioned lawsuit have met and conferred and respectfully submit this Stipulation and Proposed Order:

WHEREAS, counsel for plaintiffs Lewis Booth and Stephen Drews and defendants James R. Wolford, Jack R. Maurer, and Christopher Cameron have met and conferred regarding the voluntary dismissal of certain claims as against defendants James R. Wolford and Jack R. Maurer and the action as against Christopher Cameron;

WHEREAS, the Court conducted an Initial Case Management Conference on September 17, 2014, during which the parties apprised the Court of their intent to submit a stipulation and proposed order dismissing certain claims as against James R. Wolford and Jack R. Maurer and the action as against Christopher Cameron;

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER AS FOLLOWS:**

1. Count Six (Breach of Fiduciary Duty) and Count Eight (Unjust Enrichment) against defendants James R. Wolford and Jack R. Maurer are dismissed with prejudice.

2. Pursuant to Federal Rule of Civil Procedure 41(a), defendant Christopher S. Cameron is voluntarily dismissed from the action without prejudice.

Dated: September 22, 2014            Respectfully submitted,

**GIRARD GIBBS LLP**

　　　*/s/ Dena C. Sharp*　　
　　　　Dena C. Sharp

Daniel C. Girard
Adam E. Polk
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:　(415) 981-4800
Facsimile:　(415) 981-4846
Email: chc@girardgibbs.com
Email: dcg@girardgibbs.com
Email: aep@girardgibbs.com

-and-

John A. Kehoe
711 Third Avenue, 20th Floor
New York, New York 10017
Telephone: (212) 798-0159
Facsimile: (212) 867-1767
Email: jak@girardgibbs.com

*Lead Counsel for Lead Plaintiffs and the Class*

Peiffer Rosca Abdullah & Carr
Joseph C. Peiffer (pro hac vice)
201 St. Charles Avenue, Suite 4100
New Orleans, Louisiana 70170
Telephone: (504) 523-2434
Facsimile: (504) 523-2464
Email: jpeiffer@praclawfirm.com

Alan L. Rosca (pro hac vice)
526 Superior Avenue, Suite 401
Cleveland, Ohio 44114
Telephone: (888) 998-0520
Facsimile: (504) 586-5250
Email: arosca@praclawfirm.com

*Additional Plaintiffs' Counsel*

Dated: September 22, 2014         **ORRICK, HERRINGTON & SUTCLIFFE LLP**

   */s/ James N. Kramer*
   James N. Kramer

M. Todd Scott
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
Email: jkramer@orrick.com
Email: tscott@orrick.com

*Counsel for Christopher S. Cameron, James R. Wolford, and Jack R. Maurer*

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4  DATED:  September 23, 2014

