Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846
Email:  dcg@girardgibbs.com
Email:  chc@girardgibbs.com
Email:  aep@girardgibbs.com

(Additional Counsel on Signature Page)

Attorneys for Plaintiffs Lewis Booth
and Stephen Drews

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BOOTH, as Trustee for the Booth Trust dated 11-20-96, and STEPHEN DREWS, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>STRATEGIC REALTY TRUST, INC. (f/k/a TNP STRATEGIC RETAIL TRUST, INC.), THOMPSON NATIONAL PROPERTIES, LLC, TNP STRATEGIC ADVISOR, LLC, TNP SECURITIES, LLC, ANTHONY W. THOMPSON, CHRISTOPHER S. CAMERON, JAMES R. WOLFORD, JACK R. MAURER, PHILLIP I. LEVIN, ARTHUR M. FRIEDMAN, JEFFREY S. ROGERS, ROBERT N. RUTH, and PETER K. KOMPANIEZ<br><br>            Defendants. | CASE NO: 13-CV-04921-JST<br><br>**STIPULATION AND [PROPOSED] ORDER SUSPENDING DEADLINES IN LIGHT OF PROPOSED SETTLEMENT** |

WHEREAS, on January 16, 2015, following a December 15, 2014 mediation before Hon. Edward A. Infante (Ret.), Lead Plaintiffs Lewis Booth as Trustee for the Booth Trust dated 11-20-96 and Stephen Drews ("Plaintiffs"), and Defendants in this action (Strategic Realty Trust, Inc., Anthony W. Thompson, Thompson National Properties, LLC, TNP Strategic Advisor, LLC and TNP Securities, LLC, Phillip I. Levin, Arthur M. Friedman, Jeffrey S. Rogers, Robert N. Ruth, Peter K. Kompaniez, James R. Wolford, and Jack R. Maurer ("Defendants")), reached a settlement in principle of all of the claims of the putative class against the Defendants, subject to the Court's approval;

WHEREAS, counsel for Plaintiffs and Defendants are preparing formal documentation of the settlement including a motion for preliminary approval of the settlement to submit to the Court;

WHEREAS, to allow the parties sufficient time to document their settlement, all parties to this litigation respectfully request the Court's approval of an Order suspending for 60 days all deadlines set forth in the operative Scheduling Order (Dkt. No. 73);

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND REQUEST THAT THE COURT ORDER THAT:**

1. All pending deadlines set forth in the operative Scheduling Order (Dkt. No. 73) are suspended for a 60 day period, pending submission to the Court of formal documentation of the settlement and a motion for preliminary approval of the settlement.

Dated: January 20, 2015                    Respectfully submitted,

**GIRARD GIBBS LLP**

   */s/ Dena C. Sharp*
   Dena C. Sharp

Daniel C. Girard
Adam E. Polk
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846
Email: chc@girardgibbs.com
Email: dcg@girardgibbs.com
Email: aep@girardgibbs.com

|   |   |
|---|---|
| 1 | |
| 2 | -and- |
|   | John A. Kehoe |
| 3 | 711 Third Avenue, 20th Floor |
|   | New York, New York 10017 |

-and-
John A. Kehoe
711 Third Avenue, 20th Floor
New York, New York 10017
Telephone:  (212) 798-0159
Facsimile:   (212) 867-1767
Email:  jak@girardgibbs.com

*Lead Counsel for Lead Plaintiffs and the Class*

Peiffer Rosca Abdullah & Carr
Joseph C. Peiffer (pro hac vice)
201 St. Charles Avenue, Suite 4100
New Orleans, Louisiana 70170
Telephone:  (504) 523-2434
Facsimile:   (504) 523-2464
Email:  jpeiffer@praclawfirm.com

Alan L. Rosca (pro hac vice)
526 Superior Avenue, Suite 401
Cleveland, Ohio 44114
Telephone:  (888) 998-0520
Facsimile:   (504) 586-5250
Email:  arosca@praclawfirm.com

*Additional Plaintiffs' Counsel*

Dated: January 20, 2015            **DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　*/s/ David Priebe*
　　　　　　　　　　　　　　　　　　　David Priebe

2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
Email: david.priebe@dlapiper.com

*Counsel for Strategic Realty Trust, Inc. (f/k/a TNP Strategic Retail Trust, Inc.), Phillip I. Levin, Arthur M. Friedman, Jeffrey S. Rogers, Robert N. Ruth, and Peter K. Kompaniez*

| | | |
|---|---|---|
| 1 | Dated: January 20, 2015 | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 2 | |     */s/ James N. Kramer* |
| 3 | | James N. Kramer |
| 4 | | M. Todd Scott |
| 5 | | The Orrick Building |
| | | 405 Howard Street |
| 6 | | San Francisco, CA 94105-2669 |
| | | Telephone: (415) 773-5700 |
| 7 | | Facsimile: (415) 773-5759 |
| | | Email: jkramer@orrick.com |
| 8 | | Email: tscott@orrick.com |

*Counsel for Christopher S. Cameron, James R. Wolford, and Jack R. Maurer*

Dated: January 20, 2015   **STRAGGAS & ASSOCIATES**

    */s/ George D. Straggas*
George D. Straggas

8911 Research Drive
Irvine, CA 92618
Telephone: (949) 660-9100
Facsimile: (949) 660-9144

*Counsel for Thompson National Properties, LLC, TNP Strategic Advisor, LLC, TNP Securities, LLC, and Anthony W. Thompson*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 21, 2015

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
(United States District Court, Northern District of California seal)

3
STIPULATION AND [~~PROPOSED~~] ORDER SUSPENDING DEADLINES
CASE NO: 13-CV-04921-JST

**CERTIFICATE OF SERVICE**

I, Dena C. Sharp, hereby certify that on January 20, 2015, I caused the foregoing document to be filed electronically with the United States District Court for the Northern District of California's through the Court's mandated ECF service. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the document upon confirmation of e-filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 20th day of January 2015 at San Francisco, California.

                                              */s/* Dena C. Sharp