Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)
Adam E. Polk (State Bar No. 273000)
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:     (415) 981-4800
Facsimile:     (415) 981-4846
Email: dcg@girardgibbs.com
Email: chc@girardgibbs.com
Email: aep@girardgibbs.com

(Additional Counsel on Signature Page)

Attorneys for Plaintiffs Lewis Booth
and Stephen Drews

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS BOOTH, as Trustee for the Booth Trust dated 11-20-96, and STEPHEN DREWS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRATEGIC REALTY TRUST, INC. (f/k/a TNP STRATEGIC RETAIL TRUST, INC.), THOMPSON NATIONAL PROPERTIES, LLC, TNP STRATEGIC ADVISOR, LLC, TNP SECURITIES, LLC, ANTHONY W. THOMPSON, CHRISTOPHER S. CAMERON, JAMES R. WOLFORD, JACK R. MAURER, PHILLIP I. LEVIN, ARTHUR M. FRIEDMAN, JEFFREY S. ROGERS, ROBERT N. RUTH, and PETER K. KOMPANIEZ,<br><br>Defendants. | CASE NO: 13-CV-04921-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Jon S. Tigar<br>Courtroom: 9<br>Date: May 7, 2015<br>Time: 2:00 p.m. |

Plaintiffs Stephen Drews and Lewis Booth (as Trustee for the Booth Trust dated 11-20-96) and all Defendants in this action—namely, Strategic Realty Trust, Inc. ("SRT"), Thompson National Properties, LLC ("TNP"), TNP Strategic Advisor, LLC ("TNP Advisor"), TNP Securities, LLC ("TNP Securities"), Anthony W. Thompson, Christopher S. Cameron, James R. Wolford, Jack R. Maurer, Phillip I. Levin, Arthur M. Friedman, Jeffrey S. Rogers, Robert N. Ruth, and Peter K. Kompaniez ("Defendants")—by and through their respective counsel, hereby stipulate, subject to the Court's approval, to continue the date of the hearing on Plaintiff's Motion for Preliminary Approval of Class Settlement from May 7, 2015 at 2:00 p.m., to May 14, 2015 at 2:00 p.m.:

WHEREAS, Plaintiffs filed the above-captioned putative class action against Defendants, asserting claims for violations of the federal Securities Act, breach of fiduciary duty, negligence and unjust enrichment;

WHEREAS, the parties reached an agreement on the terms of a proposed settlement on January 16, 2015, after a mediation and continued negotiations before the Honorable Edward Infante (Ret.);

WHEREAS, on March 27, 2015, Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement and noticed the hearing for May 7, 2015;

WHEREAS, Defendants filed a statement of non-opposition to Plaintiffs' Motion for Preliminary Approval of Class Settlement on April 8, 2015;

WHEREAS, Plaintiffs' lead counsel, Daniel C. Girard, was responsible for negotiating the terms of the settlement and preparing the moving papers in support of preliminary approval;

WHEREAS, Mr. Girard is also scheduled to argue a contested motion for class certification in a matter pending in the San Jose division of the Northern District of California on May 7, 2015 at 2:00 p.m.;

WHEREAS, counsel for the parties have conferred are available for the preliminary approval hearing in this matter on May 14, 2015 at 2:00 p.m.;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiffs and Defendants, and upon order by the Court that:

For the reason set forth above, the parties respectfully request that the May 7, 2015 hearing date on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement be continued to May 14,

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO: 13-CV-04921-JST

2015, subject to this Court's availability.

Dated: April 17, 2015                                                  Respectfully Submitted,

**DLA PIPER LLP (US)**                                         **GIRARD GIBBS LLP**

 /s/ David Priebe                                                       /s/  Daniel C. Girard
    David Priebe                                                            Daniel C. Girard

2000 University Avenue                                         Dena C. Sharp
East Palo Alto, CA 94303-2214                              Adam E. Polk
david.priebe@dlapiper.com                                  601 California Street, 14th Floor
Phone:  (650) 833-2000                                         San Francisco, California 94108
Fax:  (650) 833-2001                                              Telephone:  (415) 981-4800
                                                                              Facsimile:  (415) 981-4846
David Clarke, Jr.                                                    Email: dcg@girardgibbs.com
david.clarke@dlapiper.com                                   Email: chc@girardgibbs.com
500 Eighth Street, NW                                           Email: aep@girardgibbs.com
Washington, DC 20004
Phone: (202) 799-4000                                           *Lead Counsel for Plaintiffs*
Fax:  (202) 799-5000

                                                                              Joseph C. Peiffer (pro hac vice)
*Attorneys for Defendants Strategic Realty Trust,*         **PEIFFER ROSCA WOLF**
*Inc. (f/k/a TNP Strategic Retail Trust, Inc.), Phillip*    **ABDULLAH CARR & KANE**
*I. Levin, Arthur M. Friedman, Jeffrey S. Rogers,*         201 St. Charles Avenue, Suite 4160
*Robert N. Ruth, and Peter*                                    New Orleans, Louisiana 70710
*K. Kompaniez*                                                       Telephone:  (504) 523-2434
                                                                              Facsimile:  (504) 523-2464
**ORRICK, HERRINGTON & SUTCLIFF LLP**         Email:  jpeiffer@praclawfirm.com

/s/  James N. Kramer
    James N. Kramer                                                Alan L. Rosca (pro hac vice)
                                                                              **PEIFFER ROSCA WOLF**
M. Todd Scott                                                         **ABDULLAH CARR & KANE**
The Orrick Building                                                526 Superior Avenue, Suite 1255
405 Howard Street                                                  Cleveland, Ohio 44114
San Francisco, CA 94105-2669                                Telephone:  (888) 998-0520
Telephone: (415) 773-5700                                     Facsimile:  (504) 586-5250
Facsimile:  (415) 773-5759                                     Email:  arosca@praclawfirm.com
Email:  jkramer@orrick.com
Email:  tscott@orrick.com
Irvine, CA 92618                                                    *Additional Plaintiffs' Counsel*

*Attorney for Christopher S. Cameron, James R.*
*Wolford, and Jack R. Maurer*

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS'
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
CASE NO: 13-CV-04921-JST

**STRAGGAS & ASSOCIATES**

 /s/  George D. Straggas
    George D. Straggas

8911 Research Drive
Irvine, CA 92618
Telephone:  (949) 660-9100
Fax:  (949) 660-9100
Email:  gds@straggaslaw.com

*Attorney for Defendants Thompson National Properties, LLC, TNP Strategic Advisor, LLC, TNP Securities, LLC, and Anthony W. Thompson*

### ECF CERTIFICATION

I, Daniel C. Girard, am the ECF User whose ID and Password are being used to file this Stipulation and [Proposed] Order to Continue Hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all other signatories listed have concurred in this filing.

Dated:  April 16, 2015                **GIRARD GIBBS LLP**

                                                        By:     /s/ Daniel C. Girard

                                                        Daniel C. Girard


### [PROPOSED] ORDER

The above Stipulation of the parties having been considered by the Court and good cause appearing therefore, the Court hereby orders that:

1.     The May 7, 2015 hearing date on Plaintiff's Motion for Preliminary Approval of Class Action Settlement is continued to May 14, 2015 at 2:00 p.m.

**PURUSANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April 17, 2015
                                                        _____
                                                        The Honorable Jon. S. Tigar
                                                        UNITED STATES DISTRICT JUDGE