UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS BOOTH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STRATEGIC REALTY TRUST, INC., et al.,<br><br>    Defendants. | Case No.  13-cv-04921-JST<br><br>**NOTICE OF EX PARTE COMMUNICATION** |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

    The Court hereby gives notice that it received *ex parte* communication from an individual regarding the Court's order granting preliminary approval of the class action settlement in this case.  ECF No. 97.  The communication is attached as an exhibit to this order.

    IT IS SO ORDERED.

Dated: August 5, 2015

_____
JON S. TIGAR
United States District Judge